**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Vincent POOLE, a.k.a. Vint, Defendant–Appellant.**

No. 09–15860

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 9, 2010.

Richard L. Rosenbaum, Arnstein & Lehr, LLP, Fort Lauderdale, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Vincent Poole in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Poole's conviction and sentence are **AFFIRMED.**